# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BERNADETTE SCOTT,** Individually<br><br>      Plaintiff,<br><br>v.<br><br>**MARCHE, LLC**<br>**A Domestic Limited Liability Company** | Case No. 2:24-cv-10640 |

| | |
|---|---|
| Pete M. Monismith, PC<br>Pete M. Monismith (P78186)<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA  15213<br>(724) 610-1881<br>pete@monismithlaw.com | Anthony M. Dalimonte<br>Foster Swift Collins & Smith PC<br>28411 Northwestern Highway, Suite 500<br>Southfield, MI 48034<br>248.785.4733<br>adalimonte@fosterswift.com |

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to a Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice.

                                                                              s/Curtis Ivy, Jr.
                                                                              Honorable Curtis Ivy, Jr.

The parties, through their counsel, hereby stipulate to a Dismissal with Prejudice. Stipulated and agreed to this 27th day of August 2024 by:

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Anthony M. Dalimonte* |
| Pete M. Monismith (P78186) | Anthony M. Dalimonte (P43432) |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |